# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 3/7/2019 |
| Case: 1−19−41334−ess | Form ID: 309I | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Beris E Baker | 233 East 92nd Street    Brooklyn, NY 11212 |
| tr | Marianne DeRosa | Standing Chapter 13 Trustee    125 Jericho Tpke    Suite 105    Jericho, NY 11753 |
| aty | Anthony M Vassallo | Law Office of Anthony M. Vassallo    305 Fifth Avenue    Suite 1B    Brooklyn, NY 11215 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 9490431 | Basil. I Baker | 233 E. 92nd Street    Brooklyn, NY 11212 |
| 9490432 | CSC Credit Services | Box 740040    Atlanta, GA 30374−0040 |
| 9490433 | Chex Systems, Inc. | Attn: Consumer Relations    7805 Hudson Road, Suite 100    Woodbury, MN 55125 |
| 9490434 | Equifax Information Services LLC | PO Box 740256    Atlanta, GA 30374 |
| 9490435 | Experian | PO Box 9701    Allen, TX 75013 |
| 9490436 | Gregory LaSpina | 1902 Whitestone Expressway    Whitestone, NY 11357 |
| 9490437 | Internal Revenue Service | Centralized Insolvency Operation    PO Box 7346    Philadelphia, PA 19101−7346 |
| 9490438 | JPMorgan Chase Bank, N.A. | 9350 Waxie Way    San Diego, CA 92123 |
| 9490439 | Joyce Baker | 233 East 92nd Street    Brooklyn, NY 11212 |
| 9490440 | Rosicki Rosicki & Associates | 51 East Bethpage Road    Plainview, NY 11803 |
| 9490441 | Trans Union | PO Box 1000    Crum Lynne, PA 19022 |

TOTAL: 15